THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Leroy Francis, Appellant.
 
 
 

Appeal From Richland County
 L. Casey Manning, Circuit Court Judge
Unpublished Opinion No. 2008-UP-087
Submitted February 1, 2008  Filed
 February 8, 2008
APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney for Capital Appeals Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott;
 and Solicitor Warren Blair Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM: Leroy Francis appeals his guilty plea to assault on a police officer
 while resisting arrest. On appeal, Francis maintains his guilty plea failed to
 conform with the mandates set forth in Boykin v. Alabama, 395 U.S. 238
 (1969), because the plea court failed to adequately advise him of his constitutional
 right to confront his accusers.  After a
 thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss[1] Franciss appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
ANDERSON, SHORT and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.